UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6198-CR-HURLEY

UNITED STATES OF AMERICA,

v.

GREGORY REID COLLINS

( Stipulated )
**ORDER ON BOND MOTION**

This Cause came before the Court upon motion of the (**defendant**)(government) to (**reduce**)(increase)(modify) the bond. Upon consideration, it is

**ORDERED AND ADJUDGED** as follows:

\_\_\_\_ The motion is **denied**; bond remains at _____

✓ The motion is **granted**; bond is set at:

   ✓ Personal Surety, unsecured, in the amount of co-signed by deft's mother $100,000 and father

\_\_\_\_ Personal Surety in the amount of $_____ with 10% posted with Clerk of Court.

\_\_\_\_ Personal Surety in the amount of $_____ secured by the following collateral: _____

\_\_\_\_ Full Cash in the amount of $_____

\_\_\_\_ Corporate Surety in the amount of $_____

\_\_\_\_ Full Cash or Corporate Surety in the amount of $_____

In addition to the standard conditions of bond, the following special conditions are hereby imposed:

✓ SURRENDER ALL PASSPORTS & TRAVEL DOCUMENTS TO PRETRIAL SERVICES.
✓ REPORT TO PRETRIAL SERVICES AS FOLLOWS: 2 WEEKLY IN PERSON; TWO WEEKLY BY PHONE.
\_ SUBMIT TO RANDOM URINE TESTING BY PRETRIAL SERVICES FOR THE USE OF NON-PHYSICIAN-PRESCRIBED SUBSTANCES PROHIBITED BY LAW.
✓ MAINTAIN OR ACTIVELY SEEK FULL-TIME EMPLOYMENT.
\_ MAINTAIN OR BEGIN AN EDUCATIONAL PROGRAM.
\_ AVOID ALL CONTACT WITH VICTIMS OF OR WITNESSES TO THE CRIMES CHARGED.
\_ REFRAIN FROM POSSESSING A FIREARM, DESTRUCTIVE DEVICE OR OTHER DANGEROUS WEAPON.
\_ MAINTAIN RESIDENCE.
\_ ELECTRONIC MONITORING TO BE PAID FOR BY \_\_\_\_\_.
\_ COMPLY WITH THE FOLLOWING ADDITIONAL SPECIAL CONDITIONS OF THIS BOND: _____

✓ NONE OF SIGNATORIES MAY SELL, PLEDGE, MORTGAGE, HYPOTHECATE, ENCUMBER, ETC. ANY PROPERTY THEY OWN, REAL OR PERSONAL, UNTIL BOND(S) ARE DISCHARGED

If the bond is changed from that set in another District, the reason pursuant to Rule 40(f) is: _____

**DONE AND ORDERED** at Miami, Florida, this 19th day of JULY, 2000.
TAPE NO. 00C 49-3155

c:AUSA, Defense, PTS,
US Marshal, Clerk for Judge

UNITED STATES MAGISTRATE JUDGE
BARRY L. GARBER

Jon Loo, AUSA
Mark Nuricik, Esq.