RECEIVED
AUG - 7 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6198-CR-Hurley

UNITED STATES OF AMERICA,

vs.

GREGORY REID COLLINS
        Defendant.
_____/

ARRAIGNMENT INFORMATION SHEET

Jail No: 61774-004

Language: English

The above-named Defendant appeared before **Magistrate Judge TURNOFF** where the defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:     Address: On bond form
6301 Collins Avenue #1008
Tel. No: Miami, FL 33141

Defense Counsel:    Name: Michael Popok
Address: _____
Tel. No: _____

Bond ~~Set~~/Continued: $100,000 psb (Stipulated)

DATED this 27 day of JULY, 2000.

CLARENCE MADDOX, CLERK,
By PATRICIA MITCHELL
Deputy Clerk

c: Clerk for Judge
   U.S. Attorney
   Defense Counsel
   Pretrial Services

TAPE NO. 2000G-09-3081
DIGITAL START NO. _____