UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6198-CR-HURLEY

UNITED STATES OF AMERICA,

v.

GREGORY REID COLLINS,

    Defendant.
_____/

**NOTICE OF APPEARANCE**

MARC S. NURIK, ESQ., of RUDEN, McCLOSKY, SMITH, SCHUSTER & RUSSELL, P.A., 200 East Broward Boulevard, Fort Lauderdale, FL 33301, enters his appearance as counsel for the Defendant, in this case, GREGORY REID COLLINS, requests that all notices concerning this case be forwarded to counsel.

        RUDEN, McCLOSKY, SMITH,
        SCHUSTER & RUSSELL, P.A.
        200 E. Broward Boulevard
        Fort Lauderdale, FL 33301
        (954) 527-2432 Fax (954) 764-4996

        By: _____
        MARC S. NURIK
        Florida Bar No. 272817

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via U.S. Mail this 7th day of August 2000 to:

Nancy Vorpe Quinlan, Esq.
Assistant United States Attorney
500 Australian Avenue
West Palm Beach, FL 33404

FTL:705532:1

Patrick Michael Hunt, Esq.
Assistant United States Public Defender
101 North East Third Avenue
Suite 202
Fort Lauderdale, FL 33301

Samuel J. Smargon, Esq.
Assistant United States Public Defender
101 North East Third Avenue
Suite 202
Fort Lauderdale, FL 33301

_____
MARC S. NURIK

FTL:705532:1