# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
    Plaintiff,

**NOTICE**

VS.

CASE NUMBER: 00-6198-CR-HURLEY/VITUNAC(s)

GREGORY REID COLLINS   (B)
    (Deft. required)
    Defendant.

---

TYPE OF CASE:

( ) **CIVIL**         (XX) **CRIMINAL**

---

(XX) TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| | |
|---|---|
| PLACE:<br>UNITED STATES COURTHOUSE<br>701 CLEMATIS STREET<br>WEST PALM BEACH, FL. 33401 | ROOM NO.:<br>   COURTROOM #4   (3RD FLOOR)<br>DATE AND TIME:<br>WEDNESDAY, 8-23-00 @ 9:30 AM<br>BEFORE JUDGE JOHNSON |

TYPE OF PROCEEDING:

**ARRAIGNMENT ON SUPERSEDING INDICTMENT**

---

( ) TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE: | DATE/TIME PREVIOUSLY SCHEDULED: | CONTINUED TO, DATE AND TIME: |
|---|---|---|
| | | |

                                ANN E. VITUNAC
                              U.S. MAGISTRATE JUDGE

AUGUST 16, 2000
DATE                               (BY) DEPUTY CLERK

TO:   MARC NURIK, ESQUIRE
      UNITED STATES ATTORNEY (NANCY VORPE-QUINLAN)
      UNITED STATES MARSHAL
      UNITED STATES PRETRIAL SERVICE
      DEFENDANT-6301 Collins Avenue, Apt#1008, Miami, FL. 33141