UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6198-CR-HURLEY/VITUNAC
Mag No. 00-3131-Turnoff



UNITED STATES OF AMERICA,

Plaintiff,

vs.

MAXIMILLIAN C. MATETICH,

Defendant.
_____/

## MOTION TO STAY ORDER DENYING PRE-TRIAL DETENTION

Pursuant to the local Magistrate's Rule 4(a)(2), the United States of America hereby files its Motion to Stay the Order of the United States Magistrate Judge John J. O'Sullivan entered on August 18, 2000, which denied the government's request for pre-trial detention as to the defendant Maximillian C. Matetich.

The government moves to stay the order setting bond pending the filing of a motion for revocation of the release order to the United States District Court.

Respectfully submitted,

GUY E. LEWIS
UNITED STATES ATTORNEY

By: _____
NANCY VORPE QUINLAN    749214
Assistant United States Attorney
Florida Bar No. 0593532
500 Australian Avenue, Suite 400
West Palm Beach, Florida 33401
(561) 920-8711/659-4526(fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Revocation of Release Order was faxed on 15th day of August, 2000, to: Howard Srebnick, Esq.

NANCY VORPE QUINLAN
Assistant United States Attorney