# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON** DATE: 8/23/00   TIME: 9:30 AM

**DEFT.** GREGORY REID COLLINS (B)   **CASE NO** 00-6198-CR-HURLEY/VITUNAC(s)

*Lothrop Morris for.*

**AUSA.** NANCY VORPE-QUINLAN   **ATTY.** MARC NURIK (RETAINED)

**AGENT.** ROBERT BARRETT, DEA   **VIOL.** CONSP/IMPORT ECSTASY  21:963

**PROCEEDING** ARRAIGNMENT ON SUPERSEDING INDICTMENT   **BOND.** $100,000 PSB

STATUS RE: DISCOVERY SET 9/25/00
**DISPOSITION** STATUS CONFERENCE SET 8/31/00 BEFORE JUDGE HURLEY

Reading of Indictment Waived
~~Not Guilty plea entered~~
Jury trial demanded
Standing Discovery Order Requested

*Defendant arraigned*

FILED by _____ D.C.
AUG 23 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Oral Motion to Modify conditions of bond granted. Reporting conditions modified as follows: 1x wk by phone + 1x month in person.

DATE: 8/23/00.   TAPE: LRJ-00- 72-1635