UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-00-6198-CR-HURLEY/VITUNAC(s)

UNITED STATES OF AMERICA,

vs.

GREGORY REID COLLINS
        Defendant.
_____/

FILED by ___ D.C.
AUG 2 3 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ARRAIGNMENT INFORMATION SHEET

The above-named Defendant appeared before **Chief U.S. Magistrate Judge Johnson**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

| | | |
|---|---|---|
| **Defendant:** | Jail No.: | 61774-004 |
| | Language: | ENGLISH |
| | Address: | 6301 COLLINS AVE., APT#1008 |
| | | MIAMI, FL 33141 |
| | Tel. No: | 305 865-5842 |
| **Defense Counsel:** | Name : | MARC NURIK (RETAINED) |
| | Address: | 200 E. BROWARD BOULEVARD |
| | | FORT LAUDERDALE, FL 33301 |
| | Tel. No: | (954) 527-2432 |
| **Bond Set/Continued:** | $ | $100,000 PSB |

Dated this 23rd day of August, 2000.

CLARENCE MADDOX, CLERK
BY _____
     Deputy Clerk

TAPE NO. LRJ-00 - 72
DIGITAL START NO. 1575

