UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6198-CR-HURLEY(s)/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GREGORY REID COLLINS,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on August 23, 2000. The Court being advised that the parties agreed to a modification of the bond conditions, thereupon

ORDERED AND ADJUDGED that the <u>ore tenus</u> motion to modify the conditions of bond are hereby GRANTED. The reporting conditions are hereby modified as follows: the Defendant is to report to Pretrial Services once a week by phone and once a month in person.

DONE AND ORDERED at West Palm Beach, Florida, this 23rd day of August, 2000.

                                                LINNEA R. JOHNSON
                                              CHIEF U.S. MAGISTRATE JUDGE

Copies provided to:

Honorable Daniel T. K. Hurley
Nancy Vorpe-Quinlan, AUSA
Marc Nurik, Esq.
U.S. Pretrial Services

