UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6198-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GREGORY REID COLLINS,

    Defendant.
_____/



### DEFENDANT COLLINS' UNOPPOSED MOTION
### TO CHANGE AND CLARIFY CONDITIONS OF BOND

    **COMES NOW**, Defendant GREGORY REID COLLINS ("COLLINS"), by and through his undersigned attorneys, and moves this Honorable Court for an Order Modifying and Clarifying his conditions of bond, and as grounds states as follows:

1. On or about July 19, 2000, this Court released COLLINS pursuant to a personal surety bond in the amount of $100,000. (Dkt. # # 7 and 8).

2. Pursuant to the special bond conditions, COLLINS was to continue to be employed full-time and was not allowed to dispose of real property. (Dkt. # 8).

3. Recently, COLLINS has decided to resume his education. Accordingly, he is in the process of selling former business' inventory, fixtures and equipment. However, he has not sold, and will not be selling, any real property.

4. Subsequently, COLLINS enrolled in certain classes at Miami-Dade Community College, including courses in economics, humanities and computers.

5. Before resuming his education, COLLINS, though counsel, advised counsel for the United States, Assistant United States Attorney Nancy Vorpe-Quinlan. Ms. Vorpe-Quinlan did not object.

WPB:116892:1

USA v. Collins
Case No. 00-6198-CR-Hurley/Vitunac
Defendant Collins' Unopposed
Motion to Change and Clarify Conditions of Bond

Case 0:00-cr-06198-DTKH    Document 49    Entered on FLSD Docket 09/05/2000    Page 2 of 2

6. COLLINS also advised his Pretrial Services Officer, Suzanna B. Silva. Ms. Silva, who did not object, but requested that undersigned counsel file this Motion.

**WHEREFORE**, Defendant GREGORY REID COLLINS, respectfully requests that this Court modify and clarify his conditions of bond to allow him to attend classes at Miami-Dade Community College and sell his former business' non-real property, inventory, fixtures and equipment.

**WE HEREBY CERTIFY** that a true and correct copy was sent via U.S. Mail to Assistant United States Attorney Nancy Vorpe-Quinlan, Assistant United States Attorney, 500 Australian Avenue, West Palm Beach, Florida 33404 and Suzanna B. Silva, Pretrial Services Officer, 330 Biscayne Boulevard, Suite 500, Miami, Florida 33132 on this 1st day of August, Sept unkn 2000.

        Respectfully Submitted,

        RUDEN, McCLOSKY, SMITH,
        SCHUSTER & RUSSELL, P.A.
        **Attorneys for Defendant**
        200 E. Broward Boulevard, 15th Fl.
        Fort Lauderdale, FL 33301
        Tel: (954) 764-6600
        Fax: (954) 764-4996

By:_____
        MARC S. NURIK
        Florida Bar No. 272817
        MICHAEL S. POPOK
        Florida Bar No. 44131