UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6198-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

GREGORY REID COLLINS,

   Defendant.
_____/

### ORDER ON COLLINS' UNOPPOSED MOTION
### TO CHANGE AND CLARIFY CONDITIONS OF BOND

**THIS CAUSE** came before the Court on August 31, 2000 during its Status Conference in the above matter. The Court being advised that the parties agreed to a modification of the bond conditions, thereupon,

**ORDERED AND ADJUDGED** that Defendant Collins' *ore tenus* motion to modify certain special conditions of his bond is hereby **GRANTED** as follows:

   A.   In lieu of maintaining or actively seeking full-time gainful employment, Defendant Collins shall be permitted to instead maintain or begin an educational program; and

   B.   Defendant Collins is permitted to sell, dispose of, and/or liquidate the non-real property inventory, equipment and/or fixtures of the business with which he was associated.

   **DONE and ORDERED** in Chambers at West Palm Beach, Florida this _25th_ day of _Sept._, 2000.

                                HONORABLE DANIEL T.K. HURLEY
                                UNITED STATES DISTRICT COURT JUDGE

**Copies provided to:**
Nancy Vorpe-Quinlan, Esq. AUSA
Marc Nurik, Esq./Michael S. Popok, Esq. (for Defendant Collins)
U.S. Pretrial Services

WPB:116890:1