# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY

FILED by ___ D.C.
JAN 22 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • W.P.B.

================================================

Case No. **00-6198-CR**  Date **January 19, 2001**

Courtroom Deputy: James E. Caldwell    Court reporter: Pauline Stipes

Language Spoken: **English**    Defendant's Status: (Pretrial Detained / Bond)

UNITED STATES OF AMERICA v. **Gregory Reid Collins AND Julie Collins**

AUSA: **Stephen Carlson for Nancy Vogpe Quinlan**    DEFENSE COUNSEL: **Marc S. Nurik AND AFPD Samuel J. Smargon**

TYPE OF HEARING: *Change of plea from not guilty to guilty as to Count I of the Superseding Indictment as it pertains to both defendants.*

RESULTS OF HEARING: *After an inquiry, the pleas of guilty were accepted.*

Misc.: *Sentencing dates set for Friday, March 30, 2001, at 10:00 am. and 10:30 a.m., respectively.*