NIGHT BOX
FILED

MAR 2 8 2001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CLERK, USDC / SDFL / WPB

CASE NO. 00-6198-Cr-Hurley

UNITED STATES OF AMERICA,

v.

GREGORY REID COLLINS,

     Defendant.

_____/

**DEFENDANT GREGORY REID COLLLINS' SENTENCING MEMORANDUM**

     COMES NOW Defendant Gregory Reid Collins, by and through his undersigned

counsel and hereby files the following Sentencing Memorandum in order to assist the

Court in its determination of the appropriate Sentence in this matter.

**PRELIMINARY STATEMENT**

     It is anticipated that at Sentencing, the Government will move this Court, pursuant

to Section 5K1.1 of the Sentencing Guidelines to downward depart from the Guideline

Range in this matter, which is thirty-seven (37) to forty-six (46) months.

     In addition to the information to be contained in the Government's anticipated

5K1.1 Motion and the relevant information presented in the Presentence Investigation

Report, Mr. Collins requests that this Court also consider the information submitted

herein below.

## MR. COLLINS HAS DEMONSTRATED SINCERE REMORSE AND HAS TAKEN SUBSTANTIAL STEPS TOWARDS POST-- OFFENSE REHABILITATION

Gregory Reid Collins stands before this Court as a young man who has sincerely taken responsibility for his actions and has already made significant positive changes in his life since his arrest. By way of explanation, not excuse, Gregory Reid Collins came to be involved in the selling of MDMA (Ecstasy) as a result of the lifestyle that he had created for himself. Having risen through the ranks at Bally's Health Spa to become a club manager, Greg decided to get involved in the burgeoning South Beach Club scene which ultimately led to his part ownership of a South Beach "after hours" club. Soon thereafter, he spent his days and nights in clubs where the use of Ecstasy was rampant. During this time Greg lost his moral compass and began experimenting with Ecstasy. It didn't take long before his usage led to providing it to others.

Ironically, his arrest, was a "blessing in disguise." (See Exhibit A, letter from Marie Navarro). All of the attendant circumstances of his arrest i.e. the incarceration, immense embarrassment and shame, served as a sharp wake-up call for Greg. He immediately took the first step towards acknowledging his crimes by agreeing to cooperate against his friends, business associates and others.

It was during this period that Greg Collins did a lot of soul searching and chose to focus on turning his life around. While many people in Greg's situation who stand before this Court for Sentencing talk about turning their life around, Greg's actions have spoken louder than his words.

While released on bond, Greg took steps to dismantle his South Beach lifestyle by first voluntarily offering to relinquish his ownership of a condominium that was

purchased with earnings from his Ecstasy sales.  Greg moved out and then closed the club

and sold his interest (for minimal liquidation value of the FFE) and enrolled as a full-time

student at Miami-Dade Community College.

Not surprisingly, Greg has thrown his positive energy into his education and has

already distinguished himself as a student.  As further evidence of Greg's

acknowledgement of responsibility and awareness of his wrongful behavior Greg Collins

advised all of his teachers of his arrest and admitted his participation in the crimes

charged.  Nevertheless, these Professors felt highly enough about him to write letters to

this Court which provide insight into Greg's post-offense rehabilitation.

For example, Associate Professor of English, Deena J. Blazejack writes in her

letter attached hereto as Exhibit B:

> "I do not really know the circumstances of Greg Collins' past, but I
> wanted to inform you that he has been a student in my Literature 2480
> Honors class and that I have been quite impressed with his performance.  I
> am notorious on campus for my adherence to academic rigor, especially in
> writing assignments, and my honors students are among the best at the
> college.  All this might be daunting enough for a new student, but Greg
> entered the class at its mid-point because of some registration problems.
> Ordinarily, I would not have considered allowing this, but Greg's unusual
> circumstances encouraged me to give him a chance.  I'm glad now that I
> did.  Not only has Greg caught up and held his own in class, but his essays
> reflect a dedicated student and a fine mind.  Greg will earn an A in my
> class this semester, and I do mean *earn*."

Similarly, English and Humanities Professor, Ninon Lavernia Rodriguez writes in

her letter which is attached hereto as Exhibit C:

> "From the start of the semester Mr. Collins has demonstrated
> intellectual curiosity, commitment to scholarship and leadership in the
> classroom…finally his gradepoint average in his tests and essays is an A.
> Believe me when I tell you that Mr. Collins has worked very hard indeed
> to achieve his academic goals."

"It wasn't until very late in the semester that Mr. Collins confided in me about his predicament and his contrition for his moral recklessness. Please don't misconstrue his conversations with me as a means of manipulating e. As an English and Humanities professor at Miami-Dade Community College since 1977, I have designed my courses to focus on ethics, and, as such, Mr. Collins has begun to realize the shallowness of his values. Based on the dialogues that we have had about his past, I think that Mr. Collins is ready to direct his energies to developing himself spiritually, emotionally and intellectually as well as making amends to society for his indiscretions."

Dr. Gail A. Hawks, Ph.D., Director, Professor of Economics, writes in her letter which is attached hereto as Exhibit D:

"I am a demanding professor, with high expectations for my students. I accept no excuses for poor quality or late work. Gregory offered me no excuses when he shared his story, an emotional experience for him. I told him I in no way could condone his actions or his reasoning, but I appreciated his sharing. I told him I would write this letter of support because I believed he was sorry, for his behavior. as well as, the horror he helped to perpetuate to others through his drug liaisons.

Rebecca Sanchez, Computer Instructor at Miami-Dade Community College writes in her letter, which is attached hereto as Exhibit E:

"I have come to know him (Greg Collins) in this short time because he is serious about education. Gregory has candidly discussed his legal problems with me and refreshingly he has admitted what he did and taken full responsibility. I believe he is committed to education and making himself a better person."

In fact, Greg achieved a 3.7 GPA in the semester that he physically attended at the Wolfson Campus of Miami-Dade Community College. Unfortunately, although he had made arrangements to continue his education while incarcerated at the Federal Detention Center after his Plea, it was later discovered that as a

unsentenced detainee, Greg was not eligible for the mentoring required in order to do his course work while incarcerated.[1]

Nevertheless Mr. Collins, has, while incarcerated awaiting his Sentence, performed the necessary research to enable himself to continue his education once he is sentenced to whatever facility he is designated. It is indeed commendable that he has made such a substantial commitment to improving himself and making a real change. That Mr. Collins has the ability within himself to continue his post-offense rehabilitation is not in doubt, as the Court will glean from a review of letters written on his behalf from his parents, Tina De Lear and Terry Windsor (Exhibits F, G and H, respectively). Mr. Collins is a person capable of great dedication and drive and a strong positive attitude. As Terry Windsor writes:

> "He (Greg Collins) is one of the few people I know that has an uncanny ability to turn a negative into a positive. He has immersed himself in his school work and is seizing a second chance to go after his true goals in life."

In sum, it is not often that a Defendant stands before this Court for Sentencing having already made such a sincere, unequivocal, positive change in his or her lifestyle. Greg has given up his ill-gotten gains, taken himself out of the very milieu that assisted his wrongful conduct and has poured all of his energies wholeheartedly into a new positive direction. While Mr. Collins clearly must pay the price for his wrongs, which he obviously acknowledges, it is respectfully requested that this Court recognize his sincere post-offense rehabilitation, his

---

[1] As this Court may recall at the time of his Plea the Court inquired as to the Government's position about Mr. Collins remaining free on bond pending Sentencing and was willing to entertain a hearing on that particular issue. Mr. Collins advised the Court that he felt it was appropriate that he begin his sentence of incarceration. His only request was to be immediately transferred down to FDC – Miami where he had made arrangements to continue with his studies while incarcerated. Unfortunately for the reasons set forth above, such plans were not able to come to fruition.

contrition as evidenced by his substantial cooperation and temper his Sentence

with mercy so that Gregory Reid Collins, who is indeed redeemable, may

continue on his path to a constructive life as soon as possible.

Respectfully submitted:

RUDEN, McCLOSKY, SMITH,
SCHUSTER & RUSSELL, P.A.
Attorneys for Defendant
200 E. Broward Boulevard
Lauderdale, FL 33301
Tel: (954) 764-6660
Fax: (954) 764-4996

By: _____

MARC S. NURIK
Florida Bar No. 272817

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing

was furnished via overnight delivery this 28th day of March 2001 to:

Nancy Vorpe-Quinlan, Esq.
Assistant United States Attorney
500 Australian Avenue, Suite 400
West Palm Beach, FL 33401

Samuel Smargon, Esq.
Assistant Federal Public Defender
101 North East Third Avenue, Suite 202
Fort Lauderdale, FL 33301

MARC S. NURIK



January 3, 2001

The Honorable T.K. Hurley
Criminal Court Judge
Palm Beach County Courthouse
West Palm Beach, Florida

                              Re:    Gregory Reid Collins

Dear Judge Hurley:

I've written to you professionally many times as a legal assistant, enclosing orders, letters and motions. I worked in the Palm Beach County area for well known firms such as Boose, Casey, Ciklin, et al. and DeSantis, Cook, Gaskill to name a few. Since living in West Palm Beach, I have lived in Fort Lauderdale, South Beach and now, I reside in New York City.

This letter to you is on behalf of a personal friend, Gregory Reid Collins. Greg, at twenty-seven is at a dramatic turning point in his life. I have watched him stand up and take responsibility for his criminal actions. I have also witnessed Greg become outcast amongst his old group of friends for assisting the government in numerous sting operations. While in public, Greg encountered the individual who assisted in his own arrest. Amazingly, Greg shook his hand and had nothing hurtful to say. Instead of being angry and blaming everyone else, Greg has chosen to focus on turning his life around. In a conversation, Greg told me that this ordeal has been a "blessing in disguise" for him. Shortly after his arrest he enrolled in school full time and devoted his energy to an education. In fact, he took the bus to school every day; something I would never imagined him doing. He has completely humbled himself and accepted the reality of his situation in a way that I never thought anyone could have had the strength to do.

Greg has proven to me through his handling of this incident to be someone of great character. Unfortunately, his talents and motivation were wasted on many wrong choices. I am sure that if Greg is given a second chance, he will put his past behind him and start a new life. I know that Greg wants to be respected in the community some day. He has set a goal of gaining acceptance to the College of Business at Florida State University and double majoring in Entrepeneurship and Marketing. When speaking with Greg, he is full of ambition about his plans for the future. However, he has no illusions about not serving time for his actions. It is my hope that his sentence is not so long that he loses faith in his dreams while in prison.

Respectfully Submitted,

Marie L. Navarro



**Miami-Dade**
COMMUNITY COLLEGE
**Wolfson Campus**

December 12, 2000

Attention: Judge Daniel T. K. Hurley
Re:        Greg Collins

Dear Judge Hurley,

    I do not really know the circumstances of Greg Collins' past, but I wanted to inform you that he has been a student in my Literature 2480 Honors class and that I have been quite impressed with his performance. I am notorious on campus for my adherence to academic rigor, especially in writing assignments, and my honors students are among the best at the college. All this might be daunting enough for a new student, but Greg entered the class at its mid-point because of some registration problems. Ordinarily, I would not have considered allowing this, but Greg's unusual circumstances encouraged me to give him a chance. I'm glad now that I did. Not only has Greg caught up and held his own in class, but his essays reflect a dedicated student and a fine mind. Greg will earn an A in my class this semester, and I do mean *earn.*

                Sincerely,

                Deena J. Blazejack
                Associate Professor, English
                Coordinator, EcoUrban Honors Program
                Endowed Chair for Excellence in Teaching
                            1998 - 2001



ALL STATE LEGAL 800.222.0510    E20511    RECYCLED



**Miami-Dade**
COMMUNITY COLLEGE
Wolfson Campus

Attention:     Judge Daniel T. K. Hurley
Re:            Gregory Collins

December 13, 2000

Dear Judge Hurley:

During this fall semester, I have become acquainted with Mr. Gregory Collins, a student in my HUM 1020 course. From the very start of the semester, Mr. Collins has demonstrated intellectual curiosity, commitment to scholarship, and leadership in the classroom. Furthermore, on several occasions, Mr. Collins has initiated discussions through his questioning of subject matter as presented in lecture, textbook and/or video presentations that are a testimony to his analytical and critical thinking skills. Finally, his grade-point average in his tests and essays is an A. Believe me when I tell you that Mr. Collins has worked very hard indeed to achieve his academic goals.

It wasn't until very late in the semester that Mr. Collins confided in me about his predicament and his contrition for his moral recklessness. Please don't misconstrue his conversations with me as a means of manipulating me. As an English and Humanities professor at Miami-Dade Community College since 1977, I have designed my courses to focus on ethics, and, as such, Mr. Collins has begun to realize the shallowness of his values. Based on the dialogues that we have had about his past, I think that Mr. Collins is ready to direct his energies to developing himself spiritually, emotionally and intellectually as well as making amends to society for his indiscretions.

Sincerely,

Ninón Lavernia Rodríguez
Professor, English and Humanities
Miami-Dade Community College



**MIAMI-DADE**
COMMUNITY COLLEGE
Wolfson Campus

Center for Economic Education
300 N.E. 2nd Ave.; Rm 3704-23
Miami, FL 33132
305-237-3233
E-mail: ghawks@mdcc.edu

Dear Judge Daniel T. K. Hurley;

This is a letter of support for Gregorg Collins, a student in my Thursday evening Macroeconomics class, here at the Wolfson Campus of Miami-Dade Community College.

Greg has shared his story with me and we have talked about his plans for the future, once he completes his sentence.   Greg's tale is a sad one, of a young man with talent and charm utilized in a terrible manner.  He, like so many of his generation, opted for the quick way to fortune.  He chose to bypass the values of our society and live in an environment of self-indulgence.  His future will always hold this shadow from his past. It is my hope that it will not overpower him, but will be a constant reminder that life to have real meaning must be honest, worthwhile and truly giving in nature.

As an educator for more than thirty years, I feel I am a good judge of character. Gregory has worked hard in my class and proved to be a very capable student.  His attendance has been perfect, and his work of very high quality.  I am a demanding professor, with high expectations for my students.  I accept no excuses for poor quality or late work.  Gregory offered me no excuses when he shared his story, an emotional experience for him.  I told him I in no way could condone his actions or his reasoning, but I appreciated his sharing.   I told him I would write this letter of support because I believed he was sorry, for his behavior, as well as, the horror he helped to perpetuate to others through his drug liaisons.   He has many talents and is a bright student, so I wish him well and I hope he will stay in contact with me during his prison time and after.  I believe he is redeemable.

Thank you.

Sincerely,

Gail A. Hawks, Ph.D.
Director
Professor of Economics

Judge Daniel T. K. Hurley


December 16, 2000


Dear Judge Hurley:

Gregory Reid Collins is a student in my Tuesday evenings CGS 1060 computer course at Miami Dade Community Collage. I have come to know him in the short time because he is serious about education. Gregory has candidly discussed his legal problems with me and refreshingly he has admitted what he did and taken full responsibility. I believe he is committed to education and making himself a better person.


Sincerely,

Rebecca Sanchez
Miami-Dade Community College

Honorable Judge Hurley
West Palm Beach Federal Court House
701 Clematis Street
West Palm Beach, Florida

Re:  Gregory Reid Collins

Dear Judge Hurley,
The months since last July have been sad and tragic for my
husband and me, with a new understanding of reality and life.
We know, because he has told us so, that Gregory is very sorry
for his illegal acts, and for hurting his family also.  We know
that both of our offspring have faced the seriousness of their
acts, and have taken on more worthwhile aspirations. This
has turned into a positive time for Gregory, and he has grown
and changed his life.

We appreciate the opportunity to say some things from our
hearts about our son.  He is a person who is able to get
along with people competitively.  He has done years of honest
work.

After Hurricane Andrew, when Gregory was nineteen, he drove
to Tallahassee so he could attend the community college
there.  Gregory loves to be able to study, to read and think
about his life, to go to school.  He got a job at the local
bike shop to help defray expenses.  Coming out of the shop,
going back to his dorm, Gregory was hit by an intoxicated
and indigent truck driver, who ran over his bike and left
him in the road with broken bones in his arm and hand.
Gregory was very lucky, as he lost only a knuckle.  He was
never compensated in any way by the truck driver.  He finished
that semester and another before coming home to work.  Gregory
would probably think this story unimportant, but I feel, as a
mother, that it explains a bit about the kind of person he is.

When he came back to Miami, Gregory was employed by Ballys'
Gymn in South Dade, and he soon became a day manager.  People
told us that he worked hard to have a safe gymn, and to meet
the customers' needs.  Over the period of a few years that he
managed several Ballys' Gymns, he had good recommendations.
He always was able to increase the memberships and build
good morale, and he always worked hard.

We know that Gregory has made some serious judgement errors,
but he is still a worthwhile person, through and through.
We do not want to make any excuses for Gregory.  But we are
overwhelmed, as in our hearts we feel that he is still a
person with integrity, a problem solver, and we love him dearly.

I am sorry to say that when he was a child, we were not able
to spend enough time with him, because we were always facing
life or death issues with his sister.  We hardly ever had
time to read to him, although he is a person who loves a good
story or play very much, to the point that he will mull over
the plot, the characters, and analyze alternative outcomes,
and favorite parts of the story.  He will notice little
nuances upon which a plot hinges, when no one else figures
them out.  It is a tragedy that his grandfather did not live
long enough to influence him more in his career.

When he was a little boy he spent some time with his grand-
father, working in his grandfather's hobby space in his
garage.  They would become covered with sawdust while deep
in their projects.  When Gregory was in middle school, his
grandfather, who loved Gregory very much, died of a stroke.
Gregory later wrote a short story, in which his grandfather
was in the attic in his garage, in his old dusty work clothes,
talking to Greg down below in the workshop.  The story was
entered into a newspaper story contest, where it won a prize.

I feel that Gregory is a very deep person, and he has a
lot of good in him.  Hy heart could burst with sadness over
the events of this last year.

Gregory has been studying purposefully in the Detention
Center.  I feel very grateful that he is able to continue
his course work in the Detention Center.

There are many things that we wish to express, yet we can not,
in case this letter should fall into the wrong hands on the
way to its destination.  They are things about courage, and
his attempt to be trully helpful in the struggle to end
illegal drug sales.  We are glad Gregory was able to work
with the DEA agents as they are incredibly honest people with
a very important purpose.  Both of our children have been helpful.

We feel that Gregory has given up a great lot of his material
possessions to the extent that he has very few assets now.  We
feel concern about his future, and hope that he can go to
the place of his choice so he can take college courses while
he is there, and perhaps get his business degree, which is one
of his goals.

We know that Gregory is very sorry for his illegal acts, and
has thought about his goals more carefully in the last few
months.  I am absolutely sure that he will never again be
in trouble with the law.  I am praying that you will be
lenient with him for reasons concerning his future life and
the danger that might follow him, and because he has tried
very hard to turn his life around.

Very sincerely,

LeRoy and Sandra Collins
Gregory's Father and Mother

# Winter Park
# Land Co.
### realty, inc.

**122 PARK AVENUE SOUTH • WINTER PARK, FLORIDA 32789 • (407) 644-2900 • FAX (407) 644-1353**

December 22, 2000

The Honorable Daniel T.K. Hurley

Re: Gregory Reid Collins

Dear Judge Hurley,

I am a residential Realtor in Winter Park, Florida. I am writing to you in regards to Gregory Collins. I have known Greg for seven years and thought you may be interested to know the side of him that I know. Greg was a groomsman in my wedding and is a close friend to my husband and myself. I remember when he was working long hours as a manager at Bally's and the dedication and drive he had to succeed, which I know remains today. While I was surprised when he told my husband and I what he had been involved in and what had happened, I was equally astonished to learn how well he was dealing with the repercussions of his actions.

Not only did he immediately accept responsibility for his actions, rather than expressing bitterness, but he has also chosen to view his current situation as an opportunity to better himself. Greg had never completed college, yet he was always inquisitive of my educational background. I have a BA in History and Psychology as well as an MBA, and Greg had always seemed to regret that he had not pursued the academic world. Speaking with him about any topic one quickly realizes that while Greg is self-made he is extremely articulate and bright. As you may or may not know, Greg has been attending college full time since this scenario has unfolded. He has actually embraced this negative situation and is turning it into a life changing positive experience. He has taken a second look at his life and realized that it is not too late to go back to school and positively direct his future.

Most importantly I wanted you to know that Greg is not the stereotypical individual that finds himself in this situation. I would not be writing you this letter nor would I have maintained a friendship with him if this were not true. While Greg has made some decisions in the past that reflect poorly on him, it is important for you to know that as long as I have known him he has constantly pushed himself to learn and evolve with every day. He pursued a wrong avenue, but I know he is redeemable and that he has learned from his mistakes.

I firmly believe that Greg is thoroughly committed to completing his entrepreneurial degree and is setting realistic goals to become a productive member of society as well as a positive influence in the community. He feels fortunate in that he is still young enough to do so. The most painful aspect of this situation for Greg has actually been the hurt he has caused his parents and I believe that it is part of Greg's innate character to make them truly proud in the future. These are just a few things that I thought you might be interested to know about Gregory Collins.

Respectfully Submitted,

Sincerely,

Tina De Lear
Realtor, BA, MBA

**wpl@iag.net**

*Handshake Integrity For Just About A Hundred Years.*

**National Assoc. of Realtors • Florida Assoc. of Realtors • Greater Orlando Assoc. of Realtors • Winter Park Chamber of Commerce**



# HONDA

December 20, 2000

The Honorable Daniel T.K. Hurley

Re: Gregory Reid Collins

Dear Judge Hurley,

   I am a service manager at a large Honda dealership in Longwood, Florida. I am writing to you concerning Greg Collins, who I have known for eight years. I have been in the automotive business for seventeen years; through those years of experience I have come into contact with many different types of individuals. I have been exposed to people with incredible work ethics, which I highly respect and I've had to reprimand those on the opposite end of the spectrum. Through the years that I have known Greg, he has been a close friend and confidant, someone who is genuine and sincere. I have learned that people with these qualities are hard to come by and have always valued my friendship with him even though we live miles apart. In fact, he was the first person I confided in before I proposed to my wife.

   When Greg was working as a manger at Bally's health club, he and I would share thoughts on employee behavior, meeting sales objectives, and discuss views on different management tactics. We would often speak about different ways to move into upper management and enjoyed a friendly competitiveness between us. Greg has always been a highly motivated individual driven to succeed in life, unfortunately he chose the wrong path. I believe that his drive is what will empower Greg to unequivocally make the right decisions in the future.

   Although Greg has made some bad decisions in his life I am convinced that he will prove to society as well his family that he can once again exemplify a hard working success story. He is one of the few people I know that has an uncanny ability to turn a negative into a positive. He has immersed himself in his schoolwork and is seizing a second chance to go after his true goals in life. In closing, I would like to thank you for your time and hope this may have provided you with some insight into the Gregory Reid Collins my family and friends have grown to know.

Respectfully Submitted,

Sincerely,

*Terry R. Windsor*

Terry R. Windsor

## JIMMY BRYAN HONDA

P.O. Box 521807 • Longwood, Florida 32752-1807 • 407-323-6100 • 407-678-2222