UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 00-6198-CR-HURLEY/VITUNAC



UNITED STATES OF AMERICA

    Plaintiff,

v.

GREGORY REID COLLINS,

    Defendant.

_____

GOVERNMENT'S MOTION FOR DEPARTURE
PURSUANT TO U.S.S.G. 5K1.1

The United States, by and through the undersigned Assistant United States Attorney, hereby files this Motion for Departure Pursuant to U.S.S.G. 5K1.1 and states:

1. The United States files this motion for a downward departure from the guideline sentence pursuant to U.S.S.G. 5K1.1 based on the defendant's substantial assistance to the United States. The government will set forth the factual basis for the departure at the sentencing hearing.

WHEREFORE, the goverment requests that the U.S.S.G. 5K1.1 motion be granted following



the sentencing hearing.

                     Respectfully submitted,

                     GUY A. LEWIS
                     UNITED STATES ATTORNEY

By:   *[signature]*
                     NANCY VORPE QUINLAN
                     Assistant United States Attorney
                     Florida Bar No. 0593532
                     500 Australian Avenue
                     West Palm Beach, Fl 33401
                     Tel: (561) 820-8711
                     Fax: (561) 820-8777
                     E-mail address:
                     nancy.vorpequinlan@justice.usdoj.gov

cc:   Special Agent Chris Mathes,
      Special Agent Roberto Bryan
      Drug Enforcement Administration

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion was delivered by HAND this 30th day of March, 2001 to: Marc Nurik, Esquire, Counsel for Gregory Reid Collins.

                     *[signature]*
                     NANCY VORPE QUINLAN
                     Assistant United States Attorney